IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:12-cv-00466 |
| ) | |
| CHARLES HUGHES, CATHY A. HUGHES, ) | |
| MELISSA SUE HUGHES WALLACE, ) | |
| A&A NORTH AMERICAN FINANCIAL, LLC,) | |
| and INGHAM TOWNSHIP TREASURER, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO JUDGMENT AND JUDGMENT ENTRY

The plaintiff United States of America and defendant Melissa Sue Hughes Wallace agree and stipulate that a judgment shall be entered as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Melissa Sue Hughes Wallace has no right, title, claim, lien, or interest in the real property located at 2312 Dexter Trail, Dansville, Michigan (the "Property"), and more specifically described as:

> A parcel of land in the South ½ of Section 36, Town 2 North, Range 1 East, Ingham Township, the surveyed boundary of said parcel described as commencing at the South 1/4 corner of said Section 36, thence North 89 degrees 39 minutes 31 seconds East along the South line of the Southeast 1/4 of said Section 36, a distance of 255.05 feet to the centerline of Dexter Trail; thence North 18 degrees 04 minutes 24 seconds West along the centerline of said road 229.79 feet to the point of beginning of this description; thence West parallel with the South line of the Southwest 1/4 of said Section 36, a distance of 975.23 feet; thence North 00 degrees 55 minutes 00 seconds West 500.50 feet; thence North 88 degrees 40 minutes 30 seconds East 814.00 feet to the centerline of Dexter Trail; thence South 18 degrees 04 minutes 24 seconds East along said centerline 546.21 feet to the point of beginning.

Each party shall bear its own costs of this action.

IT IS SO ORDERED, ADJUDGED AND DECREED:

Date: November 13, 2012        /s/   Paul L. Maloney
                               PAUL L. MALONEY
                               United States District Judge

Agreed:

For Plaintiff, United States of America:        For Defendant, Melissa Sue Hughes Wallace:

_____              _____
LAURA C. BECKERMAN                              MELISSA SUE HUGHES WALLACE
Trial Attorney, Tax Division                    21181 Martinique Dr.
U.S. Department of Justice                      Macomb, MI 48044
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Fax: (202) 514-5238
Email: Laura.C.Beckerman@usdoj.gov